No. 91–6119.  MORTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6124.  HERNANDEZ v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–6125.  PARKER v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 91–6128.  BENARY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6140.  DiLORETO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–6141.  ROGERS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–6143.  EARL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–1173.  PUBLIC SERVICE COMPANY OF COLORADO ET AL. v. THOMPSON.  Sup. Ct. Colo.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 91–153.  MARYLAND v. OWENS.  Ct. App. Md.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 91–574.  SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. JACKSON.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.